(136 So. 849)

### Embry STRAIN v. STATE.
### 7 Div. 68.

Supreme Court of Alabama.
Oct. 8, 1931.

Frank B. Embry, of Pell City, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Embry Strain for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Strain v. State, 136 So. 848.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.